FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV - 5 2015

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Lisa Geraldine Cangiano, DEFENDANT(S). | CASE NUMBER SACR15-00100-JLS ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of _Defense Counsel_____, IT IS ORDERED that a detention hearing is set for _November 6,_____, _2015_____, at _2:00_____ ☐ a.m. / ☒ p.m. before the Honorable _Douglas F. McCormick_____, in Courtroom _6B_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _11/6/2015_

_____
DOUGLAS F. McCORMICK
U.S. ~~District Judge~~/Magistrate Judge